UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH LOPEZ, individually and on behalf of all others similarly situated | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-00378 |
| GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability Company; | § § § § | |
| GREP GENERAL PARTNER, LLC d/b/a "Greystar," a limited liability company; | § § § | |
| GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability Company; | § § § § | |
| GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company; and | § § § | |
| GREP TEXAS, LLC, d/b/a "Greystar," a limited liability company | § § § | |
| Defendants. | § § | |

## ORDER TO SHOW CAUSE

Defendants filed a Motion to Dismiss on May 16, 2025. Doc. 22, Mot. Plaintiff Joseph Lopez was served with a copy of this Motion via CM/ECF on the date it was filed. *Id.* at 4. Lopez's response was originally due June 6, 2025. *See* N.D. TEX. CIV. R. 7.1(e) (providing 21 days to respond to an opposed motion). The Court then granted Lopez four extensions of time to file his Response. Doc. 25, Order; Doc. 27, Order; Doc. 29, Order; Doc. 31, Order. After the Court granted the last extension, the deadline for Lopez to file his Response was July 11, 2025. Doc. 31, Order. After reviewing the papers and pleadings on file, the Court notes that Lopez did not file a

response to Defendants' Motion.

Therefore, the Court **ORDERS** the following: By **Monday, July 21, 2025**, Lopez must **SHOW CAUSE**, in writing, why he failed to file a response. If Lopez intends to file a response to Defendants' Motion, he must request leave to do so. *See generally* FED. R. CIV. P. 6(b). Failure to comply with this Order may result in the Court dismissing the case for want of prosecution. FED. R. CIV. P. 41(b) (authorizing a court to dismiss a case if the plaintiff "fails to prosecute or to comply with . . . a court order"); *see also Doe v. Univ. of Tex. at Austin*, No. 1:19-CV-103-RP, 2019 WL 2515309, at *2 (W.D. Tex. June 17, 2019) (dismissing a case for want of prosecution because the plaintiff failed to respond to the defendant's motion to dismiss and to the court's order to show cause).

**SO ORDERED.**

**SIGNED: July 15, 2025.**

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE