# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JOSEPH LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company; and<br><br>GREP TEXAS, LLC, d/b/a "Greystar," a limited liability company,<br><br>Defendants. | CASE NO.: 3:25-cv-00378-B<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that Plaintiff Joseph Lopez ("Plaintiff") hereby voluntarily dismisses this action with prejudice in its entirety. No Defendant has served an answer or motion for summary judgment in this action. Accordingly, Plaintiff respectfully notices voluntary dismissal of this action. Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing dismissal "without a court order . . . before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(1)(B); *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (same).

Dated: July 21, 2025

Respectfully submitted,

*/s/ Ra O. Amen*
Gary E. Mason (*pro hac vice*)
Ra O. Amen (*pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
gmason@masonllp.com
ramen@masonllp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2025, the above and foregoing was filed electronically. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, pursuant to Rule 5.1(e) of the Local Civil Rules in this District.

                                           */s/ Ra O. Amen*
                                           Ra O. Amen